

## In the United States District Court for Northern District of Oklahoma

**FILED**
APR 13 2023
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

Writ of Habeus Corpus- The Great Writ

23cv 145-CVE-JFJ

Colby-Blake: Fitts

Psalms Twenty Seven Four Ministries Trust

**EX REL COLBY BLAKE FITTS**

Claimant

Held in involuntary servitude at
For profit business DAVID L MOSS JUSTICE CENTER
c/o 300 North Denver Avenue
near Tulsa, Oklahoma [74103]

Mailing Location
Occupant Office of the Executor:
c/o 5103 South Sheridan Road
near Tulsa, Oklahoma [74145-7267] non-domestic

v.

Vic Regalado

Acting **SHERIFF**
in care of 303 West 1st Street
near Tulsa, Oklahoma [74103]

Don Newberry

Acting **HEAD TELLER**
In care of 500 South Denver Room 200
Near Tulsa, Oklahoma [74103]

Stephen A Kunzweiler

Acting **DEBT COLLECTOR**
In care of 500 South Denver Room 900
Near Tulsa, Oklahoma [74103]

Corbin Brewster

Acting **PUBLIC DEFENDER**
In care of 500 South Denver Room 300
Near Tulsa, Oklahoma [74103]

**Respondent(s)**                                               [In Camera]

# In the United States District Court for Northern District of Oklahoma

## Writ of Habeus Corpus- The Great Writ

Colby-Blake: Fitts

Psalms Twenty Seven Four Ministries Trust

EX REL COLBY BLAKE FITTS

Claimant

Held in involuntary servitude at
For profit business DAVID L MOSS JUSTICE CENTER
c/o 300 North Denver Avenue
near Tulsa, Oklahoma [74103]

Mailing Location
Occupant Office of the Executor:
c/o 5103 South Sheridan Road
near Tulsa, Oklahoma [74145-7267] non-domestic

v.

Vic Regalado

**Acting SHERIFF**
in care of 303 West 1st Street
near Tulsa, Oklahoma [74103]

Don Newberry

**Acting HEAD TELLER**
In care of 500 South Denver Room 200
Near Tulsa, Oklahoma [74103]

Stephen A Kunzweiler

**Acting DEBT COLLECTOR**
In care of 500 South Denver Room 900
Near Tulsa, Oklahoma [74103]

Corbin Brewster

**Acting PUBLIC DEFENDER**
In care of 500 South Denver Room 300
Near Tulsa, Oklahoma [74103]

**Respondent(s)**                                       [In Camera]

MEMORANDUM OF LAW

In support of Habeus Corpus

Submitted under Oklahoma Constitution Article II

Bill of Rights

Section II-1, Section II-6, Section II-7, Section II-8, Section II-10

COMES NOW THE PETITIONER Colby-Blake Fitts dba COLBY FITTS, who is unschooled in legal and speaks only by special visitation without waiving any rights Divine, statutory or judicial, non enemy combatant, under natural law jurisdiction, to apply the right in the Writ of Habeas Corpus to inquire as to the Nature and Cause of detention in the private for profit business DAVID L MOSS JUSTICE CENTER location 300 North Denver Avenue, Tulsa, Oklahoma [74103] under the forced warehouse number 1275707 in solitary confinement in involuntary servitude for over two hundred forty days.

(1) No meaningful hearing before a Court of Record has occurred prior to incarceration.
(2) No explanation of the Nature of the Actions is explained to petitioner prior to incarceration.
(3) No trial by a jury of peers of nationals is afforded to petitioner.
(4.) Subject Matter Jurisdiction is not established prior to incarceration.
(5.) The petitioner commands immediate implementation of this Writ.
(6.) All findings of fact and conclusions of law regarding this Writ shall be in writing.

Respectfully without prejudice,

By: Fitts, Colby-Blake: executor, beneficial owner

dba COLBY BLAKE FITTS, COLBY FITTS, COLBY B FITTS,  in good standing with Minnesota
UCC Contract number 22-0037573170
RF630412806 US/ RF 709 588 013 US
POA/ American National/Authorized Representative
Without Prejudice. Without Recourse.
UCC 1-308(1-207) 3-414
Name and Number Holder
Occupant Office of the Executor:
5103 South Sheridan Road PMB 396
tulsa, oklahoma [74145-7267] non Domestic
fax number: 886266036443

3 MEMLAW-CBF-04042023

## ORDERS FOR HEARING TO BRING FORTH THE BODY

It is so ordered that the living man whose appellation is Colby-Blake, executor for the COLBY BLAKE FITTS ESTATE, orders that a hearing to be held within twenty-four hours receipt of this notice before the acting judge John Heil in a court of record and Vic Regalado acting sheriff produce the charging instruments, and evidence of jurisdiction over the living body to Colby-Blake. Colby-Blake will appear by special visitation to settle and close the account.

By: Fitts, Colby-Blake: executor, beneficial owner

dba COLBY BLAKE FITTS, COLBY FITTS, COLBY B FITTS, in good standing with Minnesota
UCC Contract number 22-0037573170
RF630412806 US/ RF 709 588 013 US
POA/ American State National/Authorized Representative
Without Prejudice. Without Recourse.
UCC 1-308(1-207) 3-414
Name and Number Holder
Occupant Office of the Executor:
5103 South Sheridan Road PMB 396
tulsa, oklahoma [74145-7267] non Domestic
fax number: 886266036443

## ORDERS FOR DISCHARGE

## MEMLAW-CBF-04042023

Based on the foregoing, the Petition for Writ of Habeas Corpus MEMLAW-CBF-04042023 is GRANTED on grounds of unconstitutional detainment for failure to grant due process of law and lack of jurisdiction. The clerk shall close this account FW20230274

IT IS SO ORDERED.

Dated: _____        Clerk:_____

Judge: _____

Seal:

## Certificate of Service

I, Colby-blake, certify on this fourth day of the fourth month in the year of Our Creator two thousand twenty-three to the following Writ of Habeus Corpus [MEMLAW-CBF04042023], grant deed of trust property, and assumed name certificates of registration sent by way of certified mail to the following address:

Acting Judge John F Heil III

In care of: 333 West Fourth Street Room 414

Near: Tulsa, Oklahoma [74103]

Certified mail number: 9589071052700055871416

By: Fitts, Colby-Blake: executor, beneficial owner

dba COLBY BLAKE FITTS, COLBY FITTS, COLBY B FITTS,  in good standing with Minnesota
UCC Contract number 22-0037573170
RF630412806 US/ RF 709 588 013 US
POA/ American National/Authorized Representative
Without Prejudice. Without Recourse.
UCC 1-308(1-207) 3-414
Name and Number Holder
Occupant Office of the Executor:
5103 South Sheridan Road PMB 396
tulsa, oklahoma [74145-7267] non Domestic
fax number: 886266036443

# GRANT DEED of Living Body Temple

## In re: Colby Blake Fitts

This Deed shall constitute All Legal, and Equitable title to Colby Blake Fitts Temple and is henceforth Psalms Twenty Seven Four Ministries Trust Corpus. Pursuant to the Trust indenture, a meeting of the Board of Trustees for Psalms Twenty Seven Four Ministries Trust is held at Tulsa County, Oklahoma by the light of day on the second day of the fourth month in the Year of Our Lord two-thousand twenty three (2 April 2023) at 00:01AM (CST).

The meeting is called to order by Colby Blake Fitts, Trustee and Delmar-Sharray Sharp, Co-Trustee. By unanimous accord, the following is affirmed and ratified:

> For good and valuable consideration I, Kayla Nicole Fitts, referred to as GRANTOR, herewith unconditionally assign, transfer, and set over to Psalms Twenty Seven Four Ministries Trust, an irrevocable Private Trust in the Exclusive Jurisdiction of Equity, referred to as GRANTEE, all of my rights, title, and interest in 100% of my living body temple comprising with life breath (air and gas), life fire (temperature), life water (blood and oil), and life earth (crystal, metal, and salt), unique manifest essence (DNA), physical existence with energy, frequency, organic proportion and light, complete origin and highest nature, body manifest known as living man with living soul and spirit, physical body and estate conceived, created, birthed, or delivered through the hand or water of my natural born mother, evidenced by my physical "state" and "breath of life".

This assignment is absolute, irrevocable, and indivisible. Further, this assignment shall be binding upon me, my heirs, executors, administrators, and assigns. GRANTOR shall discharge from any and all liability arising from this Assignment.

Signature: _by Kayla Nicole Fitts, Kayla Nicole 2023_

Printed: Kayla Nicole Fitts, GRANTOR.

Signature: _Psalms Twenty Seven Four Ministries Trust_

Printed: Psalms Twenty Seven Four Ministries Trust, GRANTEE.

Page 1 of 1





U.S. POSTAGE PAID
FCM LG ENV
TULSA, OK
74145
APR 11, 23
AMOUNT
$9.00
R2304M111887-33

74103
RDC 21

postmarked 4/11/2023



9589 0710 5270 0055 8714 16

RECEIVED
APR 12 2023
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

23cv 145-CVE-JFJ

John F. Heill
C/o 333 West Fourth Street Room 414
74103
Near: Tulsa, Oklahoma 74103

Non-domestic



COLBY BLAKE FITTS ESTATE
KAYLA NICOLE FITTS ESTATE
COLBY-BLAKE FITTS EX
KAYLA-NICOLE FITTS EX
Occupant Office of the Executor
In care of 5103 south sheridan road PMB 365
near tulsa, oklahoma (74145-9998)

Special. Private. Priority.

Tampering with the Mail is a Federal Offense
Punishable by law
Title 18 USC 1692
Title 18 USC 1698
Title 18 USC 1701
Title 18 USC 1702
Title 18 USC 1703
Title 18 USC 1708/1709